Nos. 817 and 818. CASE ET AL. *v.* LOS ANGELES LUMBER PRODUCTS CO. May 22, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Robert M. Clarke* for petitioners. *Messrs. David R. Faries* and *Woodward M. Taylor* for respondent.

No. 886. RETAIL FOOD CLERKS & MANAGERS UNION, LOCAL No. 1357, ET AL. *v.* UNION PREMIER FOOD STORES, INC., ET AL. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Jos. A. Padway* for petitioners. *Mr. Harry Shapiro* for respondents.

No. 912. RASQUIN, COLLECTOR OF INTERNAL REVENUE, *v.* HUMPHREYS. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. Sidney W. Davidson* and *Allin H. Pierce* for respondent.

No. 913. NEIRBO COMPANY ET AL. *v.* BETHLEHEM SHIPBUILDING CORP. May 29, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Robert P. Weil* and *Laurence Arnold Tanzer* for petitioners. *Mr. Wm. D. Whitney* for respondent.

No. 940. UNITED STATES *v.* JOHN MCSHAIN, INC. June 5, 1939. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Jackson* for the United States. *Mr. A. M. Holcombe* for respondent.